# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50588  **Case Name:** Andrew Garrett Simmons

**Set:** 07/10/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter**  Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 6/9/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 06/30/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #53)

Response filed by Debtor (Dkt. #54)

Minute Entry Re: (related document(s): [53] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1)Cuntz to submit an Agreed Order. Order due by 07/24/2025. Email received from Cuntz's office. (mcc)