_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 24, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **ANDREW GARRETT SIMMONS** | **CASE NO.:  23-50588-KMS** |

### CONSENT ORDER DISMISSING CASE

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss (Dkt. 58) and the Court being advised that the parties have reached an agreement, and the Debtor no longer opposes the Trustee's Motion to Dismiss (Dkt. 58).   It is therefore:

ORDERED AND ADJUDGED that the Chapter 13 case is hereby dismissed.

#### ##END OF ORDER##

| Submitted by: | Approved by: |
|---|---|
| /s/ Warren A. Cuntz, Jr. Trustee | /s/ Thomas Carl Rollins, Jr., Esq. |
| **Warren A. Cuntz, Jr., Trustee** | **Thomas Carl Rollins, Jr., Esq.** |
| **Chapter 13 Trustee** | **Atty for the Debtor(s), MSB #103469** |
| P.O. Box 3749 | P O Box 13767 |
| Gulfport, MS 39505-3749 | Jackson, MS 39236 |
| Tel: (228) 831-9531 | Tel: (601)500-5533 |