United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-50588-KMS
Andrew Garrett Simmons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 24, 2025 | Form ID: ntcdsm | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Andrew Garrett Simmons, Melissa Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
| cr | + | Gulf Coast Community Federal Credit Union, Byrd & Wiser, PO Box 1939, Biloxi, MS 39533-1939 |
| 5221704 | + | Brooke Simmons, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5221707 | + | Charles Crowe, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5229467 | + | Ford Motor Credit Company LLC, Pat Henley, P.O. Box 389, Jackson, MS 39205-0389 |
| 5221714 | + | Matt Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5221703 | + | Email/Text: znotice@bankplus.net | Oct 24 2025 19:24:00 | BankPlus, Attn: Bankruptcy, 202 E Jackson St, Belzoni, MS 39038-3524 |
| 5221705 | + | EDI: CAPITALONE.COM | Oct 24 2025 23:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5234586 | + | EDI: AIS.COM | Oct 24 2025 23:28:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5221706 | + | EDI: CAPITALONE.COM | Oct 24 2025 23:28:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5221708 | + | EDI: JPMORGANCHASE | Oct 24 2025 23:21:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5221709 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 24 2025 19:23:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5221710 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 19:33:06 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5221711 | + | Email/Text: msd@gcc-fcu.com | Oct 24 2025 19:24:00 | Gulf Coast Community F, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5223232 | + | Email/Text: msd@gcc-fcu.com | Oct 24 2025 19:24:00 | Gulf Coast Community Federal Credit Union, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5221712 | ^ | MEBN | Oct 24 2025 19:23:35 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5245957 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 19:33:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5221713 | + | Email/Text: EBNBKNOT@ford.com | Oct 24 2025 19:24:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 5221716 | | Email/Text: cscommunications@mrvbanks.com | Oct 24 2025 19:23:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 5227620 | + | EDI: TCISOLUTIONS.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: ntcdsm | Total Noticed: 25 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Oct 24 2025 23:28:00 | MRV Banks, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 5237328 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 19:24:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 5223481 | + | Email/Text: wrs@byrdwiser.com | Oct 24 2025 19:23:00 | Robert Alan Byrd, Esq., Byrd & Wiser, For Gulf Coast Community Federal Credit, PO Box 1939, Biloxi, MS 39533-1939 |
| 5221717 | + | Email/Text: Tracey@sra-inc.net | Oct 24 2025 19:24:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5221718 |   | Email/Text: bankruptcy@towerloan.com | Oct 24 2025 19:23:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5248227 | + | Email/Text: bankruptcy@towerloan.com | Oct 24 2025 19:23:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5221715 | *+ | Melissa Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Andrew Garrett Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−50588−KMS
Chapter: 13

In re:
    Andrew Garrett Simmons
    aka Andrew Garrette Simmons
    10626 Shorecrest Rd
    Biloxi, MS 39532

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−3360

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 24, 2025.

Dated: 10/24/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790