_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**      **CHAPTER 13**
**ANDREW GARRETT SIMMONS**      **CASE NO. 23-50588-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**
**ANDREW GARRETT SIMMONS (SSN # XXX-XX-3360)**

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

    **Step Energy**
    **3010 S County Rd**
    **Midland TX 79706-0000**

was directed to pay Debtor's wages or a portion thereof to:

    **WARREN A. CUNTZ, JR. TRUSTEE**
    **P.O. BOX 3749**
    **GULFPORT MS 39505-3749**
    **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**