United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-50588-KMS
Andrew Garrett Simmons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Oct 27, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Garrett Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
|  | Step Energy, 3010 S County Rd, Midland, TX 79706 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

**Name**     **Email Address**

Robert Alan Byrd
    on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com
    wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Andrew Garrett Simmons trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

District/off: 0538-6  User: mssbad  Page 2 of 2
Date Rcvd: Oct 27, 2025  Form ID: pdf012  Total Noticed: 2
TOTAL: 4

_____



        **SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **ANDREW GARRETT SIMMONS** | **CASE NO. 23-50588-KMS** |

**<u>ORDER RELEASING EARNINGS OF DEBTOR</u>**
**ANDREW GARRETT SIMMONS (SSN # XXX-XX-3360)**

    THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

        Step Energy
        3010 S County Rd
        Midland TX 79706-0000

was directed to pay Debtor's wages or a portion thereof to:

        WARREN A. CUNTZ, JR. TRUSTEE
        P.O. BOX 3749
        GULFPORT MS 39505-3749
        (228) 831-9531 / (228) 831-9902

**<u>IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.</u>**

        ##END OF ORDER##